**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

IN RE: Coleen Burns          BK NO. 19-04098 HWV

            Debtor(s)

         Chapter 13

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

       Kindly enter my appearance on behalf of US Bank Trust National Association, Not In Its Individual Capacity But Solely As Owner Trustee For VRMTG Asset Trust and index same on the master mailing list.

                                            Respectfully submitted,

                                /s/ *Rebecca Solarz*
                                   Rebecca Solarz
                                   16 Apr 2021, 10:07:09, EDT

                                   KML Law Group, P.C.
                                   BNY Mellon Independence Center
                                   701 Market Street, Suite 5000
                                   Philadelphia, PA  19106
                                   215-627-1322

Document ID: 7c52f3a71feaff806fb175d9e4c1ba56f252900cca1cf7b1657b484f949fb2d