UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: COLEEN BURNS, | : | CHAPTER 13 BANKRUPTCY |
| | : | |
| Debtor | : | CASE NO. 5-19-04098 |
| | : | |
| | : | |
| US Bank Trust Association, Not In Its | : | |
| Individual Capacity But Soley As Owner | : | |
| Trustee For VRMTG Asset Trust, | : | |
| | : | |
| Movant | : | |
| v. | : | |
| | : | |
| Coleen Burns, et al, | : | |
| | : | |
| Debtor/Respondents | : | |

## PRAECIPE TO WITHDRAW
## DEBTOR'S ANSWER TO MOTION OF U.S. BANK
## TRUST ASSOCIATION TO MOTION FOR RELIEF
## FROM THE AUTOMATIC STAY

TO THE CLERK:

Kindly mark Debtor's Answer to Motion of U.S. Bank National Association to Motion

for Relief from the Automatic Stay filed to Document No. 153 on June 7, 2021 withdrawn with

consent.

Respectfully submitted:


/s/Kevin M. Walsh, Esquire
Kevin M. Walsh, Esquire
Attorney for Debtor
I.D. No. 35209
297-299 Pierce Street
Kingston, PA 18704
(570) 283-3041
(570) 283 -2778 - Fax

## <u>CERTIFICATE OF SERVICE</u>

I, Kevin M. Walsh, Esquire, hereby certify that I forwarded a true and correct copy of the foregoing to the below named, on the 1st day of July, 2021, as follows:

**Jack N. Zaharopoulos, Trustee**
**8125 Adams Drive, Suite A**      -      **By Clerk's Notice of Electronic Filing**
**Hummelstown, PA 17036**

**Rebecca A. Solarz, Esquire**
**KML Law Group, P C**      -      **By Clerk's Notice of Electronic Filing**
**701 Market Street, Suite 5000**
**Philadelphia, PA 19106-1532**

**Coleen Burns**
**P.O. Box 239**      -      **By First Class Mail**
**Harvey's Lake, PA 18618**

**Michael T. Vough**
**Cindy Ann Vough**
**30 Market Street**      -      **By First Class Mail**
**Pittston, PA 18640**

/s/Kevin M. Walsh, Esquire
Attorney for Debtor
I.D. No. 35209
297-299 Pierce Street
Kingston, PA 18704
(570) 283-3041