THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: : CHAPTER 13 BANKRUPTCY
    COLEEN BURNS, :
: CASE NO: 19-04098
        Debtor :

## CERTIFICATE OF SERVICE

I, Kevin M. Walsh, Esquire, certify that a true and correct copy of the Order Confirming Debtor's Fifth Amended Chapter 13 Plan was forwarded to the below named on the 2nd day of July, 2021, as follows:

**Jack N. Zaharopoulos, Esquire**
**Standing Chapter 13 Trustee**    -    **By Clerk's Notice of Electronic Filing**
**8125 Adams Drive, Suite A**
**Hummelstown, PA 17036**

**All creditors on the attached**    -    **By U.S. First Class Mail**
**Mailing matrix**

                                                    /s/Kevin M. Walsh, Esquire
                                                    Attorney for Debtor
                                                    I.D. No. 35209
                                                    297-299 Pierce Street
                                                    Kingston, PA 18704
                                                    (570) 283-3041

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0314-5<br>Case 5:19-bk-04098-HWV<br>Middle District of Pennsylvania<br>Wilkes-Barre<br>Fri Jul  2 10:43:26 EDT 2021 | Auto Estate Partners,Inc<br>17 Northgate Drive<br>Englishtown, NJ 07726-4271 | Coleen Burns<br>P O Box 885<br>Wilkes Barre, PA 18703-0885 |
| Cottman Transmission<br>118 Stevens Road<br>Wilkes Barre, PA 18702-6726 | DM Management LLC<br>476 Kutztown Road<br>Myerstown, PA 17067-2134 | Donald H. Hess<br>2933 Lititz Pike<br>P.O. Box 5349<br>Lancaster, PA 17606-5349 |
| Fay Servicing, LLC<br>c/o McCalla Raymer Leibert Pierce, LLC<br>Bankruptcy Department<br>1544 Old Alabama Road<br>Roswell, GA 30076-2102 | Janet L Gold<br>Eisenberg Gold and Agrawal PC<br>1040 North Kings Highway, Suite 200<br>Cherry Hill, NJ 08034-1925 | Adam Bradley Hall<br>Manley Deas Kochalski<br>P.O. Box 165028<br>Columbus, OH 43216-5028 |
| Harveys Lake Sewer Authority<br>RR 415<br>Harveys Lake, PA 18618 | Donald H Hess<br>Gibbel Kraybll & Hess, LLP<br>2933 Lititz Pike<br>P.O. Box 5349<br>Lancaster, PA 17606-5349 | Donald Huber Hess<br>Gibbel, Kraybill and Hess<br>2933 Lititz Pike<br>P.O. Box 5349<br>Lancaster, PA 17606-5349 |
| Landmark Bank<br>2 S Main Street<br>Pittston, PA 18640-1712 | Landmark Community Bank<br>c/o Cipriani & Werner PC<br>Attn:  John Murphy<br>415 Wyoming Avenue<br>Scranton, PA 18503-1227 | Luzerne County Tax Claim<br>Luzerne County Courthouse<br>200 N River Street<br>Wilkes Barre, PA 18711-1001 |
| Luzerne County Tax Claim Bureau<br>1170 Highway 315<br>Suite 5<br>Plains, PA 18702-6906 | Metropolitan Foods, Inc. d/b/a Driscoll Food<br>c/o Amato and Keating, P.C.<br>107 North Commerce Way<br>Bethlehem PA 18017-8913 | Metropolitian Foods, Inc dba Drisco<br>c/o Amato and keating PC<br>107 North Commerce Way<br>Bethlehem, PA 18017-8913 |
| John M. Murphy<br>Cipriani & Werner<br>415 Wyoming Avenue<br>Scranton, PA 18503-1227 | Omar Tejeda<br>125 East 23rd Street<br>Hazleton, PA 18202-1419 | PA Dept of Revenue<br>Department 280946<br>Attn: Bankruptcy Division<br>Harrisburg, PA 17128-0946 |
| Patrick Pawliczek<br>601 Popular Street<br>Philadelphia, PA 19123-1342 | Pennsylvania American Water<br>P O Box 578<br>Alton, IL 62002-0578 | Pennsylvania Department of Revenue<br>Bankruptcy Division<br>P.O. Box 280946<br>Harrisburg, PA 17128-0946 |
| Quantum3 Group LLC as agent for<br>Sadino Funding LLC<br>PO Box 788<br>Kirkland, WA  98083-0788 | Rosemary King<br>142 E Saylor Street<br>Wilkes Barre, PA 18702-2757 | SMS FINANCIAL STRATEGIC INVESTMENTS LLC<br>6829 NORTH 12TH STREET<br>PHOENIX, AZ 85014-1109 |
| SMS Financial Strategic Invt., LLC<br>6829 N. 12th Street<br>Phoenix, AZ 85014-1109 | SMS Financial, LLC<br>6829 N 12th Street<br>Phoenix, AZ 85014-1109 | David Schwager<br>183 Market Street<br>Suite 100<br>Kingston, PA 18704-5444 |

| | | |
|---|---|---|
| Rebecca Ann Solarz<br>KML Law Group, P.C.<br>701 Market St.<br>Suite 5000<br>Philadelphia, PA 19106-1541 | Specialized Loan Servicing<br>Specialized Loan Servicing LLC<br>6200 S. Quebec Street<br>Greenwood Village, CO 80111-4720 | Specialized Loan Servicing LLC<br>6200 S. Quebec St.<br>Greenwood Village, CO 80111-4720 |
| Specialized Loan Servicing LLC<br>6200 S. Quebec St.<br>Greenwood Village, Colorado 80111-4720 | Specialized Loan Servicing LLC<br>6200 S. Quebec St.<br>Greenwood Village, Colorado 80111<br>Specialized Loan Servicing LLC<br>6200 S. Quebec St.<br>Greenwood Village, Colorado 80111-4720 | US Bank Trust National Association<br>c/o Fay Servicing, LLC<br>PO Box 814609<br>Dallas, TX 75381-4609 |
| US Bank Trust National Association<br>c/o Fay Servicing, LLC<br>PO Box 814609<br>Dallas, TX 75381-4609<br>US Bank Trust National Association<br>c/o Fay Servicing, LLC   75381-4609 | United States Trustee<br>228 Walnut Street, Suite 1190<br>Harrisburg, PA 17101-1722 | Vipal Shah<br>6650 Overlook Drive<br>Orefield, PA 18069-8930 |
| Kevin M Walsh<br>297-299 Pierce Street<br>Kingston, PA 18704-5147 | (p)WELLS FARGO BANK NA<br>WELLS FARGO HOME MORTGAGE AMERICAS SERVICING<br>ATTN BANKRUPTCY DEPT MAC X7801-014<br>3476 STATEVIEW BLVD<br>FORT MILL SC 29715-7203 | Wyoming Valley Sanitary Authority<br>1000 Wilkes Barre Blvd<br>P O Box 33A<br>Wilkes Barre, PA 18711-1002 |
| Wyoming Valley Sanitary Authority<br>1000 Wilkes-Barre Street<br>PO Box 33A<br>Wilkes-Barre, PA 18711-1002 | Changfa Yang et al.<br>c/o Chariton, Schwager & Malak<br>138 S. Main Street<br>P.O. Box 910<br>Wilkes-Barre, PA 18703-0910 | (p)JACK N  ZAHAROPOULOS<br>ATTN CHAPTER 13 TRUSTEE<br>8125 ADAMS DRIVE SUITE A<br>HUMMELSTOWN PA 17036-8625 |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| Wells Fargo Home Mortgage<br>8480 Stagecoach Circle<br>Frederick, MD 21701 | Jack N Zaharopoulos (Trustee)<br>Standing Chapter 13 Trustee<br>8125 Adams Drive, Suite A<br>Hummelstown, PA 17036 | |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (u)DM Management, LLC | (d)Fay Servicing, LLC<br>c/o McCalla Raymer Leibert Pierce, LLC<br>Bankruptcy Department<br>1544 Old Alabama Road<br>Roswell, GA 30076-2102 | (d)Fay Servicing, LLC<br>c/o McCalla Raymer Leibert Pierce, LLC<br>Bankruptcy Department<br>1544 Old Alabama Road<br>Roswell, GA 30076-2102 |
| (u)Michael Vokhgelt<br>73 Ardmore Road<br>OH 43200-9000 | (d)Pennsylvania Department of Revenue<br>Bankruptcy Division PO Box 280946<br>Harrisburg, Pa.  17128-0946 | (d)SMS Financial Strategic Investments, LLC<br>6829 North 12th Street<br>Phoenix, AZ 85014-1109 |

(d) SMS Financial Strategic Investments, LLC
6829 North 12th Street
Phoenix, AZ 85014-1109

(u) Specialized Loan Servicing LLC

(d) Specialized Loan Servicing LLC
6200 S. Quebec Street
Greenwood Village, CO 80111-4720

(d) Specialized Loan Servicing LLC
6200 S. Quebec Street
Greenwood Village, CO 80111-4720

(d) US Bank Trust National Association
c/o Fay Servicing, LLC
PO Box 814609
Dallas, TX 75381-4609

(u) US Bank Trust National Association, Not In

End of Label Matrix
Mailable recipients    44
Bypassed recipients    12
Total                  56