## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

::::::::::::::::::::::::::::::::::::::::::::::::::

| | | |
|---|---|---|
| IN RE: | : | |
| | : | |
| COLEEN BURNS, | : | **CHAPTER 13** |
| | : | **CASE NO. 5-19-04098-HWV** |
| DEBTOR, | : | |
| _____ | : | |
| AL QUAN CADE, JR. | : | |
| | : | |
| MOVANT, | : | |
| VS. | : | |
| | : | |
| COLEEN BURNS, | : | |
| | : | **MOTION FOR RELIEF FROM** |
| | : | **AUTOMATIC STAY** |
| AND | : | |
| | : | |
| JACK N. ZAHAROPOULOS, | : | |
| CHAPTER 13 TRUSTEE, | : | |
| | : | |
| RESPONDENTS | : | |
| | : | |

::::::::::::::::::::::::::::::::::::::::::::::::::

## ORDER

**AND NOW,** upon consideration of the Motion of Al Quan Cade, Jr. any responses thereto, and after an opportunity of a hearing, the Court finds that there is presently pending in the Court of Common Pleas of Luzerne County at  No. 2021-CV-04832 an action for negligence against the Debtor, Coleen Burns and others, and that the potential exposure of the Defendant/Debtor Coleen Burns arising from such claim is presently covered by a policy or policies of insurance and that further said carrier(s) is/are providing the Defendant/Debtor Coleen Burns with a defense to said claim and providing counsel to the Defendant/Debtor at its expense, now therefore it is hereby

**ORDERED and DECREED** that the Motion of Al Quan Cade, Jr. is **GRANTED** and Movant is authorized to proceed with the litigation pending in the Court of Common Pleas of Luzerne County, Pennsylvania against the Defendant/Debtor, Coleen Burns and others on the condition that any recovery against Debtor, by way of a verdict or settlement, shall be limited to any and all insurance coverage available to Debtor in the state court action including any primary, excess and/or umbrella coverage directly or indirectly applicable to Debtor including all insurance coverage which may be available to Debtor through any defendant in the state court action.