United States Bankruptcy Court
Middle District of Pennsylvania

In re:  
Coleen Burns  
    Debtor

Case No. 19-04098-HWV  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0314-5     User: AutoDocke     Page 1 of 2  
Date Rcvd: Oct 05, 2021     Form ID: ntcltrdb     Total Noticed: 0

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 07, 2021:**
NONE

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).
NONE

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 5266347 | | Michael Vokhgelt, 73 Ardmore Road, OH 43200-9000 |

TOTAL: 1 Undeliverable, 0 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Oct 07, 2021     Signature:    /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 5, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Adam Bradley Hall | on behalf of Creditor Specialized Loan Servicing LLC amps@manleydeas.com |
| David Schwager | on behalf of Creditor Changfa Yang et al. david@despalaw.com dschwagr@epix.net |
| Donald H Hess | on behalf of Creditor DM Management LLC dhess@gkh.com |
| Donald Huber Hess | on behalf of Creditor DM Management LLC dhess@gkh.com, smiller@gkh.com |
| Gregory J Pascale | on behalf of Creditor Vipul Shah greg@needlelawfirm.com |
| Jack N Zaharopoulos (Trustee) | TWecf@pamd13trustee.com |
| Janet L Gold | on behalf of Creditor SMS Financial Strategic Investments LLC jgold@egclawfirm.com |
| Jessica M Gulash | on behalf of Creditor PATRICK PAWLICZEK jgulash@lbmlaw.com |

| | |
|---|---|
| John M. Murphy | on behalf of Creditor Landmark Community Bank jmurphy@c-wlaw.com |
| Kevin M Walsh | on behalf of Debtor 1 Coleen Burns KMWesq@aol.com law297@aol.com |
| Mark J. Conway | on behalf of Creditor Al Quan Cade Jr. info@mjconwaylaw.com, connie@mjconwaylaw.com;mjc@mjconwaylaw.com |
| Rebecca Ann Solarz | on behalf of Creditor US Bank Trust National Association Not In Its Individual Capacity But Solely As Owner Trustee For VRMTG Asset Trust bkgroup@kmllawgroup.com |
| Robert J Kidwell, III | on behalf of Creditor ESSA Bank & Trust rkidwell@newmanwilliams.com rjkidwell3rd@gmail.com;lbeaton@newmanwilliams.com;eapotito@hotmail.com;mdaniels@newmanwilliams.com |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |

TOTAL: 14

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re:

Coleen Burns,

**Debtor 1**

Chapter 13

Case No. 5:19−bk−04098−HWV

## Notice

NOTICE is hereby given that:

Pursuant to F.R.B.P. 3004, an amended proof of claim (#26) has been filed by the Debtor on behalf of Michael Vokhgelt in the amount of $10000.00.

| | |
|---|---|
| **Address of the Bankruptcy Clerk's Office:**<br>Max Rosenn U.S. Courthouse<br>197 South Main Street<br>Wilkes−Barre, PA 18701<br>(570) 831−2500 | **For the Court:**<br>Terrence S. Miller<br>Clerk of the Bankruptcy Court:<br>By: DaneishaDunbarYancey, Deputy Clerk |
| Hours Open: Monday − Friday 9:00 AM − 4:00 PM | Date: October 5, 2021 |

ntcltrdb 05/18