| KEVIN M. WALSH | TELEPHONE (570) 283-3041 |
|---|---|
| _____ | |
| Attorney At Law | FAX (570) 283-2778 |
| | 297-299 Pierce Street |
| | Kingston, PA 18704 |

_____

# NOTICE OF CHANGE OF ADDRESS FOR CREDITOR

October 29, 2021

Attn: Case Administrator
U.S. Bankruptcy Court
Middle District of Pennsylvania
Max Rosenn U.S. Courthouse
197 South Main Street
Wilkes-Barre, PA 18701

    RE:   My Client: Coleen Burns
              Case No. 5-19-04098

Dear Sir or Madam:

    Please be advised that I received Notice from creditor, SMS Financial Strategic Investments, LLC, that they have a change of address as follows:

SMS FINANCIAL, LLC
3707 EAST SHEA BOULEVARD
SUITE 100
PHOENIX, AZ 85028

    Please advise if you have any questions or comments or desire any further information.

                                          Very Truly Yours,

                                          /s/Kevin M. Walsh, Esquire

KMW/la