IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **IN RE: Coleen Burns,** | : | CHAPTER 13 BANKRUPTCY |
| | : | |
| **Debtor** | : | CASE NO. 5:19-bk-4098 |

| | |
|---|---|
| **Coleen Burns,** | : |
| **Movant** | : |
| vs. | : |
| **SMS Financial Strategic Investments, LLC:** | : |
| **Luzerne County Tax Claim Bureau; Elite Revenue Solutions: WVSA;** | : |
| **Luzerne County Flood Protection Authority;** | : |
| **Michael Vokhgelt;** | : |
| **and JACK N ZAHAROPOULOS only as the Standing Chapter 13 Trustee,** | : |
| **Respondents** | : |

## REQUEST TO WITHDRAW DEBTOR'S MOTION TO SELL REAL ESTATE FREE AND CLEAR OF LIENS, INTERESTS AND ENCUMBRANCES (363(f) 215 S. Main Street, WB)

Kindly mark Debtor's Motion to Sell Real Estate (215 S. Main Street, Wilkes-Barre, PA filed on about October 14, 2021 withdrawn and discontinued.

                                                        Respectfully submitted:

                              By:    /s/Kevin M. Walsh Esquire
                                          Kevin M. Walsh, Esquire
                                          Attorney for Debtor
                                          297-299 Pierce Street
                                          Kingston, PA  18704
                                          (570)283-3041 – Phone
                                          (570) 283 2778 - Fax
                                          E-mail: kmwesq@aol.com

# CERTIFICATE OF SERVICE

I, Kevin M. Walsh, Esquire, certify that I served a true and correct copy of the foregoing on the 15th day of November, 2021, upon the following:

**Jack N. Zaharopoulos, Esquire**
**Standing Chapter 13 Trustee** - **By Clerk's Notice of Electronic Filing**
**8125 Adams Drive, Suite A**
**Hummelstown, PA 17036**


**Janet L. Gold, Esquire**
**1040 N. Kings Highway, Ste 200** - **By Clerk's Notice of Electronic Filing**
**Cherry Hill, NJ 08034**


**Coleen Burns**
**P.O. Box 239** - **By U.S. 1st Class Mail**
**Harvey's Lake, PA 18618**


/s/Kevin M. Walsh, Esquire
Attorney for Debtor/Movant
297-299 Pierce Street
Kingston, PA 18704
(570) 283-3041