United States Bankruptcy Court

Middle District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 19-04098-HWV |
| Coleen Burns | Chapter 13 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0314-5 | User: AutoDocke | Page 1 of 2 |
| Date Rcvd: Nov 19, 2021 | Form ID: pdf010 | Total Noticed: 7 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 21, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| | + | CITY OF WILKES-BARRE, 40 E MARKET STREET, WILKES-BARRE, PA 18711-0454 |
| | + | COLEEN BURNS, PO BOX 239, HARVEY LAKE, PA 18618-0239 |
| | + | LUZERNE COUNTY FLOOD PROTECTION AUTHORITY, c/o PORTNOFF LAW ASSOCIATES LTD, PO BOX 3020, NORRISTOWN, PA 19404-3020 |
| | | MICHAEL VOKHGELT, 73 ARDMORE ROAD, COLUMBUS, OH 43209 |
| | + | RICHARD W KEIFER II ESQUIRE, 311 MARKET STREET, KINGSTON, PA 18704-5428 |
| 5250708 | + | Luzerne County Tax Claim, Luzerne County Courthouse, 200 N River Street, Wilkes Barre, PA 18711-1001 |
| 5266355 | + | Wyoming Valley Sanitary Authority, 1000 Wilkes Barre Blvd, P O Box 33A, Wilkes Barre, PA 18711-1002 |

TOTAL: 7

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).
NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 5266347 | | Michael Vokhgelt, 73 Ardmore Road, OH 43200-9000 |
| | ##+ | NORTHEAST REVENUE SERVICE LL, 1170 HIGHWAY 315 SUITE 5, PLAINS, PA 18702-6906 |

TOTAL: 1 Undeliverable, 0 Duplicate, 1 Out of date forwarding address

# NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

| | | |
|---|---|---|
| Date: Nov 21, 2021 | Signature: | /s/Joseph Speetjens |

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 19, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|

| | |
|---|---|
| Adam Bradley Hall | on behalf of Creditor Specialized Loan Servicing LLC amps@manleydeas.com |
| Brian E Manning | on behalf of Creditor Sheree A Pitterson BrianEManning@comcast.net G17590@notify.cincompass.com |
| Brian E Manning | on behalf of Creditor Natasha Chapman BrianEManning@comcast.net G17590@notify.cincompass.com |
| David Schwager | on behalf of Creditor Changfa Yang et al. david@despalaw.com dschwagr@epix.net |
| Donald H Hess | on behalf of Creditor DM Management  LLC dhess@gkh.com |
| Donald Huber Hess | on behalf of Creditor DM Management  LLC dhess@gkh.com, smiller@gkh.com |
| Gregory J Pascale | on behalf of Creditor Vipul Shah greg@needlelawfirm.com |
| Jack N Zaharopoulos (Trustee) | TWecf@pamd13trustee.com |
| Janet L Gold | on behalf of Creditor SMS Financial Strategic Investments  LLC jgold@egclawfirm.com |
| Jessica M Gulash | on behalf of Creditor PATRICK PAWLICZEK jgulash@lbmlaw.com |
| John M. Murphy | on behalf of Creditor Landmark Community Bank jmurphy@c-wlaw.com |
| Kevin M Walsh | on behalf of Debtor 1 Coleen Burns KMWesq@aol.com law297@aol.com |
| Mark J. Conway | on behalf of Creditor Al Quan Cade  Jr. info@mjconwaylaw.com, connie@mjconwaylaw.com;mjc@mjconwaylaw.com |
| Rebecca Ann Solarz | on behalf of Creditor US Bank Trust National Association  Not In Its Individual Capacity But Solely As Owner Trustee For VRMTG Asset Trust bkgroup@kmllawgroup.com |
| Robert J Kidwell, III | on behalf of Creditor ESSA Bank & Trust rkidwell@newmanwilliams.com rjkidwell3rd@gmail.com;lbeaton@newmanwilliams.com;eapotito@hotmail.com;mdaniels@newmanwilliams.com |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |

TOTAL: 16

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:

| | |
|---|---|
| Coleen Burns<br><br>Debtor 1 | Chapter: 13<br><br>Case No.: 5:19-bk-04098-HWV |
| Coleen Burns<br><br>vs. Movant(s)<br><br>SMS Financial Strategic Investments, LLC: Luzerne County Tax Claim Bureau; Elite Revenue Solutions: WVSA; Luzerne County Flood Protection Authority; Michael Vokhgelt; and JACK N ZAHAROPOULOS only as the Standing Chapter 13 Trustee<br>Respondent(s) | Document No.: 172<br><br>Nature of Proceeding: Motion for Sale of Property Free and Clear of Liens |

### ORDER APPROVING WITHDRAWAL

IT APPEARING that an answer or objection has been filed regarding this matter, **IT IS HEREBY**

**ORDERED** that the Withdrawal filed November 15, 2021 regarding Motion for Sale of Property Free and Clear of Liens is APPROVED.

Dated: November 19, 2021   By the Court,

*Henry W. Van Eck*
Henry W. Van Eck, Chief Bankruptcy Judge (CD)