United States Bankruptcy Court

Middle District of Pennsylvania

| In re: | Case No. 19-04098-HWV |
|---|---|
| Coleen Burns | Chapter 13 |
|     Debtor | |

# CERTIFICATE OF NOTICE

District/off: 0314-5      User: AutoDocke      Page 1 of 2
Date Rcvd: Feb 03, 2022      Form ID: ntcltrdb      Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol     Definition**
+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 05, 2022:**

| Recip ID | Recipient Name and Address |
|---|---|
| 5458535 | + Erick & Kathleen Knapman, 194 Mill Street, Wilkes-Barre, PA 18705-2622 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 05, 2022      Signature:      /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 3, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Adam Bradley Hall | on behalf of Creditor Specialized Loan Servicing LLC amps@manleydeas.com |
| Brian E Manning | on behalf of Creditor Natasha Chapman BrianEManning@comcast.net G17590@notify.cincompass.com |
| Brian E Manning | on behalf of Creditor Sheree A Pitterson BrianEManning@comcast.net G17590@notify.cincompass.com |
| David Schwager | on behalf of Creditor Changfa Yang et al. david@despalaw.com dschwagr@epix.net |
| Donald H Hess | on behalf of Creditor DM Management LLC dhess@gkh.com |
| Donald Huber Hess | on behalf of Creditor DM Management LLC dhess@gkh.com, smiller@gkh.com |

Gregory J Pascale
    on behalf of Creditor Vipul Shah greg@needlelawfirm.com

Jack N Zaharopoulos (Trustee)
    TWecf@pamd13trustee.com

Janet L Gold
    on behalf of Creditor SMS Financial Strategic Investments LLC jgold@egclawfirm.com, alapinski@egalawfirm.com

Jessica M Gulash
    on behalf of Creditor PATRICK PAWLICZEK jgulash@lbmlaw.com

John M. Murphy
    on behalf of Creditor Landmark Community Bank jmurphy@c-wlaw.com

Kevin M Walsh
    on behalf of Debtor 1 Coleen Burns KMWesq@aol.com law297@aol.com

Mark J. Conway
    on behalf of Creditor Al Quan Cade Jr. info@mjconwaylaw.com, connie@mjconwaylaw.com;mjc@mjconwaylaw.com

Rebecca Ann Solarz
    on behalf of Creditor US Bank Trust National Association Not In Its Individual Capacity But Solely As Owner Trustee For VRMTG Asset Trust bkgroup@kmllawgroup.com

Robert J Kidwell, III
    on behalf of Creditor ESSA Bank & Trust rkidwell@newmanwilliams.com
    rjkidwell3rd@gmail.com;lbeaton@newmanwilliams.com;eapotito@hotmail.com;mdaniels@newmanwilliams.com

United States Trustee
    ustpregion03.ha.ecf@usdoj.gov

TOTAL: 16

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re:

Coleen Burns,

**Debtor 1**

Chapter 13

Case No. 5:19−bk−04098−HWV

## Notice

NOTICE is hereby given that:

Pursuant to F.R.B.P. 3004, a proof of claim (#27) has been filed by the Debtor on behalf of Erick & Kathleen Knapman in the amount of $5000.00.

| | |
|---|---|
| **Address of the Bankruptcy Clerk's Office:**<br>Max Rosenn U.S. Courthouse<br>197 South Main Street<br>Wilkes−Barre, PA 18701<br>(570) 831−2500 | **For the Court:**<br>Terrence S. Miller<br>Clerk of the Bankruptcy Court:<br>By: DaneishaDunbarYancey, Deputy Clerk |
| Hours Open: Monday − Friday 9:00 AM − 4:00 PM | Date: February 3, 2022 |

ntcltrdb 05/18