UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: COLEEN BURNS | : | CHAPTER 13 |
| Debtor(s) | : | |
| | : | |
| JACK N. ZAHAROPOULOS | : | |
| STANDING CHAPTER 13 TRUSTEE | : | |
| Movant | : | |
| | : | |
| vs. | : | |
| | : | |
| COLEEN BURNS | : | |
| Respondent(s) | : | CASE NO. 5-19-bk-04098 |

### TRUSTEE'S OBJECTION TO AMENDED CHAPTER 13 PLAN

AND NOW, this 8th day of February, 2022, comes Jack N. Zaharopoulos, Standing Chapter 13 Trustee, and objects to the confirmation of the above-referenced debtor(s)' plan for the following reason(s):

1. The Trustee avers that debtor(s)' plan is not feasible based upon the following:

   a. The plan is inconsistent with Proofs of Claims filed and/or approved by the Court – as to the Proof of Claim by Yang for $99,446.00; plan pays $81,000.00.
   j. Plan ambiguous – Base amount. More specifically, the plan calculation in Paragraph 9 says R.E. Tax Claims/Mtgs 2D @ $128,127.43. Paragraph 2D also provides for a municipal claim and secured taxes owed to PA Revenue. Further the R.E. Taxes and mortgages in 2D do not equal $128,127.43.

2. Trustee avers that debtor(s)' plan cannot be administered due to the lack of the following:

   a. Proof of Claim for Luzerne County Tax Claim for Stanton Street.

WHEREFORE, Trustee alleges and avers that debtor(s) plan is nonconfirmable and therefore Trustee prays that this Honorable Court will:

   a. Deny confirmation of debtor(s) plan.
   b. Dismiss or convert debtor(s) case.
   c. Provide such other relief as is equitable and just.

Respectfully submitted:

/s/Jack N. Zaharopoulos
Standing Chapter 13 Trustee
8125 Adams Drive, Suite A
Hummelstown, PA 17036
(717) 566-6097

CERTIFICATE OF SERVICE

        AND NOW, this 8th day of February, 2022, I hereby certify that I have served the within Objection by electronically notifying parties or by depositing a true and correct copy of the same in the United States Mail at Hummelstown, Pennsylvania, postage prepaid, first class mail, addressed to the following:

Kevin Walsh, Esquire
297-299 Pierce Street
Kingston, PA 18704

      /s/Deborah A. Behney
      Office of Jack N. Zaharopoulos
      Standing Chapter 13 Trustee