THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 13 BANKRUPTCY |
| COLEEN BURNS, | : | |
| | : | CASE NO: 19-04098 |
| Debtor | : | |

# REQUEST TO WITHDRAW
## DEBTOR'S MOTION TO AMEND CHAPTER 13 PLAN
## POST CONFIRMATION

Kindly mark the Motion to Amend Chapter 13 Plan Post Confirmation by Debtor on

February 2, 2022 (doc No. 186) withdrawn and discontinued.


Respectfully submitted:



By:   /s/Kevin M. Walsh, Esquire
Attorney for Debtor
I.D. No. 35209
297-299 Pierce Street
Kingston, PA 18704
(570) 283-3041

THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:                              :          CHAPTER 13 BANKRUPTCY
    COLEEN BURNS,               :
                              :          CASE NO: 19-04098
           Debtor         :

## CERTIFICATE OF SERVICE

I, Kevin M. Walsh, Esquire, certify that a true and correct copy of the foregoing was

forwarded to the below named on the 8th day of March, 2022, as follows:

**Jack N. Zaharopoulos, Esquire**
**Standing Chapter 13 Trustee**     -     **By Clerk's Notice of Electronic Filing**
**8125 Adams Drive, Suite A**
**Hummelstown, PA 17036**


**cc: Coleen Buns**     -     **By e-mail**


                           /s/Kevin M. Walsh, Esquire
                           Attorney for Debtor
                           I.D. No. 35209
                           297-299 Pierce Street
                           Kingston, PA 18704
                           (570) 283-3041