THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: : CHAPTER 13 BANKRUPTCY
    COLEEN BURNS, :
: CASE NO: 19-04098
    Debtor :

---

## CERTIFICATE OF SERVICE

I, Kevin M. Walsh, Esquire, certify that a true and correct copy of the Notice of Motion to Amend Chapter 13 Plan Post Confirmation was forwarded to the below named on the 11th day of April, 2022, as follows:

**Jack N. Zaharopoulos, Esquire**
**Chapter 13 Trustee** - By Clerk's Notice of Electronic Filing
**8125 Adams Drive, Suite A**
**Hummelstown, PA 17036**


**Coleen Burns**
**P.O. Box 239** - By U.S. First Class Mail
**Harvey's Lake, PA 18618**


**DM Management, LLC**
**476 Kutztown Road** - By U.S. First Class Mail
**Myerstown, PA 17067**


                                                       /s/Kevin M. Walsh, Esquire
                                                       Attorney for Debtor
                                                       I.D. No. 35209
                                                       297-299 Pierce Street
                                                       Kingston, PA 18704
                                                       (570) 283-3041