United States Bankruptcy Court

Middle District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 19-04098-HWV |
| Coleen Burns | Chapter 13 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0314-5 | User: AutoDocke | Page 1 of 2 |
| Date Rcvd: Feb 22, 2023 | Form ID: pdf010 | Total Noticed: 9 |

The following symbols are used throughout this certificate:

**Symbol**     **Definition**

\+             Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 24, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| | + | City of Wilkes-Barre, 40 E. Market Street, Wilkes-Barre, PA 18711-0454 |
| | + | Elite Revenue, 100 Wilkes-Barre Blvd. 205, Wilkes-Barre, PA 18702-5255 |
| | + | Samuel Falcone, Esquire, 900 Rutter Avenue, Kingston, PA 18704-4965 |
| | + | Timothy Henry, Esquire, Wilkes-Barre Solicitor, 40 E. Market Street, 2nd Floor, Wilkes-Barre, PA 18711-0454 |
| | + | Wilkes-Barre City Recycling, 3 Conyngham Ave., Wilkes-Barre, PA 18702-5601 |
| | + | Wilkes-Barre City Sewer, 3 Conyngham Ave., Wilkes-Barre, PA 18702-5601 |
| 5250708 | + | Luzerne County Tax Claim, Luzerne County Courthouse, 200 N River Street, Wilkes Barre, PA 18711-1001 |
| 5266354 | + | Vipal Shah, 6650 Overlook Drive, Orefield, PA 18069-8930 |
| 5262298 | + | Wyoming Valley Sanitary Authority, 1000 Wilkes-Barre Street, PO Box 33A, Wilkes-Barre, PA 18711-1002 |

TOTAL: 9

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 24, 2023           Signature:           /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 22, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Adam Bradley Hall | |
| | on behalf of Creditor Specialized Loan Servicing LLC amps@manleydeas.com |
| Brian C Nicholas | |
| | on behalf of Creditor US Bank Trust National Association Not In Its Individual Capacity But Solely As Owner Trustee For VRMTG Asset Trust bnicholas@kmllawgroup.com, bkgroup@kmllawgroup.com |

| | |
|---|---|
| Brian E Manning | on behalf of Creditor Natasha Chapman BrianEManning@comcast.net G17590@notify.cincompass.com |
| Brian E Manning | on behalf of Creditor Sheree A Pitterson BrianEManning@comcast.net G17590@notify.cincompass.com |
| David Schwager | on behalf of Creditor Changfa Yang et al. david@despalaw.com dschwagr@epix.net |
| Donald H Hess | on behalf of Creditor DM Management LLC dhess@gkh.com |
| Donald Huber Hess | on behalf of Creditor DM Management LLC dhess@gkh.com, smiller@gkh.com |
| Gregory J Pascale | on behalf of Creditor Vipul Shah greg@needlelawfirm.com |
| Jack N Zaharopoulos | TWecf@pamd13trustee.com |
| Janet L Gold | on behalf of Creditor SMS Financial Strategic Investments LLC jgold@egclawfirm.com, alapinski@egalawfirm.com |
| Jessica M Gulash | on behalf of Creditor PATRICK PAWLICZEK jgulash@lbmlaw.com |
| John M. Murphy | on behalf of Creditor Landmark Community Bank jmurphy@c-wlaw.com |
| Kevin M Walsh | on behalf of Debtor 1 Coleen Burns KMWesq@aol.com law297@aol.com |
| Mark J. Conway | on behalf of Creditor Al Quan Cade Jr. info@mjconwaylaw.com, connie@mjconwaylaw.com;mjc@mjconwaylaw.com |
| Robert J Kidwell, III | on behalf of Creditor ESSA Bank & Trust rjkidwell3rd@gmail.com;mdaniels@newmanwilliams.com |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |

TOTAL: 16

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: Coleen Burns | : | CHAPTER 13 |
| | : | CASE NO. 5:19-bk-04098 |
| Debtor | : | |

## ORDER ALLOWING DEBTOR'S MOTION TO SELL REAL ESTATE
### 363(b) – 125 Grove Street, Wilkes Barre

Upon consideration of the within Motion and after Notice duly given to the Creditors and other parties in interest, the Debtor is hereby granted leave to sell real estate located at 125 Grove Street, Wilkes Barre, Luzerne County, PA, to Jack Ohara for the Sales price of Forty Five Thousand ($45,00.00) Dollars pursuant to the terms and conditions of the realtor assisted written sales agreement a copy of which is attached to the Motion.

Debtor is allowed to execute all papers and documents reasonably necessary to transfer said real estate and to effectuate the sale.

Further, the Debtor is granted leave to allow distribution of the proceeds of the sale at closing as follows:

a. Any notarization and/or incidental recording fees which are the responsibility of the Seller;

b. Any transfer tax and recording fees which are the responsibility of the Seller; Estimated at     843.75

c. The Luzerne County Tax Claim avers a balance due including 2022 real estate taxes in the amount of about     29,913.48

d. There balances due to WVSA, WB City sewer and WB City recycling estimated at     3,500.00.

e. The payment of adjustments and/or prorations, as such is typically and customarily done with respect to the current real estate taxes, sewer charges, garbage/refuse fees, and other closing costs or municipal claims;

f. The payment of the Realtor's commission; Estimated at     2,700.00

g.  Any out-of-pocket expenses advanced by Kevin M Walsh, Esquire not to exceed 200.00 and in connection with the sale of the aforementioned property, and which have not been reimbursed at the time of settlement along with an attorney fee of $900.00;

h.  Vipal Shah Mortgage. After the above, the sum of 9,000.00 to payoff the mortgage. But if the sale proceeds are short and do not reach the 9,000.00, then, Vipal Shah shall receive the amount of sale proceeds available up to the amount of 9,000.00.

i.  Net Proceeds. The balance remaining, if any, is to be paid over to the Chapter 13 Trustee to pay down Debtor's plan obligations.

By the Court,

*Henry W. Van Eck*

———————————————————
Henry W. Van Eck, Chief Bankruptcy Judge
Dated: February 22, 2023