IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: Coleen Burns            :       CHAPTER 13
                                    :       CASE NO. 5:19-bk-04098
          Debtor                :

## CERTIFICATE OF SERVICE
### MOTION TO SELL REAL ESTATE
(363(b) – 16-22 E. Union Street, Wilkes-Barre)

I, Kevin M. Walsh, Esquire, certify that a true and correct copy of the attached Notice and Motion have been served on the 29th day of June, 2023 upon the following:

Jack Zaharopoulos, Esquire
Standing Chapter 13 Trustee     -     By Clerk's Notice of Electronic Filing
8125 Adams Drive, Suite A
Hummelstown, PA 17036

Vipul Shah
6650 Overlook Drive     -     By U.S. 1st Class Mail
Orefield, PA 18069

Luzerne County Tax Claim Bureau
200 North River Street     -     By U.S. 1st Class Mail
Wilkes-Barre, PA 18702

Elite Revenue
100 Wilkes-Barre Blvd. #205     -     By U.S. 1st Class Mail
Wilkes-Barre, PA 18702

WVSA
P.O. Box 33 A     -     By U.S. 1st Class Mail
Wilkes-Barre, PA 18703

City of Wilkes-Barre
40 E. Market Street     -     By U.S. 1st Class Mail
Wilkes-Barre, PA 18711

Wilkes-Barre City Sewer
3 Conyngham Ave.     -     By U.S. 1st Class Mail
Wilkes-Barre, PA 18711

Wilkes-Barre City Recycling
3 Conyngham Ave.                      -    By U.S. 1st Class Mail
Wilkes-Barre, PA 18711

Samuel Falcone, Esquire
900 Rutter Avenue                     -    By U.S. 1st Class Mail
Kingston, PA 18704

Timothy Henry, Esquire
Wilkes-Barre Solicitor                -    By U.S. 1st Class Mail
40 E. Market Street, 2nd Floor
Wilkes-Barre, PA 18711

Coleen Burns                          -    By e-mail


/s/Kevin M. Walsh, Esquire
Attorney for Debtor/Movant
297-299 Pierce Street
Kingston, PA 18704
(570) 283-3041


I, Kevin M. Walsh, Esquire, certify that a true and correct copy of the attached Notice has been served on the 29th day of June, 2023, upon the following:

**All creditors listed on the
attached mailing matrix**             -    By U.S. First Class Mail


/s/Kevin M. Walsh, Esquire
Attorney for Debtor
297-299 Pierce Street
Kingston, PA 18704
(570) 283-3041

```
Label Matrix for local noticing              (p)MCCALLA RAYMER LEIBERT PIERCE  LLC        Landmark Community Bank
0314-5                                       ATTN ATTN WENDY REISS                        c/o Cipriani & Werner PC
Case 5:19-bk-04098-HWV                       1544 OLD ALABAMA ROAD                        Attn:  John Murphy
Middle District of Pennsylvania              ROSWELL GA 30076-2102                        415 Wyoming Avenue
Wilkes-Barre                                                                              Scranton, PA 18503-1227
Fri Jun 30 11:53:48 EDT 2023

SMS Financial Strategic Investments, LLC    Specialized Loan Servicing LLC                US Bank Trust National Association
3829 North 12th Street                      6200 S. Quebec St.                            c/o Fay Servicing, LLC
Phoenix, AZ 85014-1109                      Greenwood Village, CO 80111-4720              PO Box 814609
                                                                                          Dallas, TX 75381-4609


U.S. Bankruptcy Court                       Auto Estate Partners,Inc                      Cottman Transmission
Max Rosenn U.S. Courthouse                  17 Northgate Drive                            118 Stevens Road
197 South Main Street                       Englishtown, NJ 07726-4271                    Wilkes Barre, PA 18702-6726
Wilkes-Barre, PA 18701-1500


DM Management LLC                           Donald H. Hess                                Erick & Kathleen Knapman
376 Kutztown Road                           2933 Lititz Pike                              194 Mill Street
Myerstown, PA 17067-2134                    P.O. Box 5349                                 Wilkes-Barre, PA 18705-2622
                                            Lancaster, PA 17606-5349


Harveys Lake Sewer Authority                Landmark Bank                                 Luzerne County Tax Claim
RR 415                                      2 S Main Street                               Luzerne County Courthouse
Harveys Lake, PA 18618                      Pittston, PA 18640-1712                       200 N River Street
                                                                                          Wilkes Barre, PA 18711-1001


Luzerne County Tax Claim Bureau             Metropolitan Foods, Inc. d/b/a Driscoll Food  Metropolitian Foods, Inc dba Drisco
170 Highway 315                             c/o Amato and Keating, P.C.                   c/o Amato and keating PC
Suite 5                                     107 North Commerce Way                        107 North Commerce Way
Plains, PA 18702-6906                       Bethlehem PA 18017-8913                       Bethlehem, PA 18017-8913


Michael Vokhgelt                            Omar Tejeda                                   PA Dept of Revenue
73 Ardmore Road                             125 East 23rd Street                          Department 280946
Columbus, OH 43209                          Hazleton, PA 18202-1419                       Attn: Bankruptcy Division
                                                                                          Harrisburg, PA 17128-0946


Patrick Pawliczek                           Pennsylvania American Water                   Pennsylvania Department of Revenue
801 Popular Street                          P O Box 578                                   Bankruptcy Division PO Box 280946
Philadelphia, PA 19123-1342                 Alton, IL 62002-0578                          Harrisburg, Pa.  17128-0946


Quantum3 Group LLC as agent for             Rosemary King                                 SMS FINANCIAL STRATEGIC INVESTMENTS LLC
Sadino Funding LLC                          142 E Saylor Street                           SMS FINANCIAL, LLC
PO Box 788                                  Wilkes Barre, PA 18702-2757                   3707 EAST SHEA BOULEVARD
Kirkland, WA  98083-0788                                                                  SUITE 100
                                                                                          PHOENIX, AZ 85028-3453


SMS FINANCIAL, LLC                          SMS Financial Strategic Invt., LLC            Specialized Loan Servicing
3707 EAST SHEA BOULEVARD                    SMS FINANCIAL, LLC                            Specialized Loan Servicing LLC
SUITE 100                                   3707 EAST SHEA BOULEVARD                      6200 S. Quebec Street
PHOENIX, AZ 85028-3453                      SUITE 100                                     Greenwood Village, CO 80111-4720
                                            PHOENIX, AZ 85028-3453
```

Specialized Loan Servicing LLC  
6200 S. Quebec St.  
Greenwood Village, Colorado 80111-4720

Specialized Loan Servicing LLC  
6200 S. Quebec St.  
Greenwood Village, Colorado 80111  
Specialized Loan Servicing LLC  
6200 S. Quebec St.  
Greenwood Village, Colorado 80111-4720

US Bank Trust National Association  
c/o Fay Servicing, LLC  
PO Box 814609  
Dallas, TX 75381-4609  
US Bank Trust National Association  
c/o Fay Servicing, LLC   75381-4609

United States Trustee  
228 Walnut Street, Suite 1190  
Harrisburg, PA 17101-1722

Vipal Shah  
6650 Overlook Drive  
Orefield, PA 18069-8930

(p)WELLS FARGO BANK NA  
WELLS FARGO HOME MORTGAGE AMERICAS SERVICIN  
ATTN BANKRUPTCY DEPT MAC X7801-014  
3476 STATEVIEW BLVD  
FORT MILL SC 29715-7203

Wyoming Valley Sanitary Authority  
1000 Wilkes Barre Blvd  
P O Box 33A  
Wilkes Barre, PA 18711-1002

Wyoming Valley Sanitary Authority  
1000 Wilkes-Barre Street  
PO Box 33A  
Wilkes-Barre, PA 18711-1002

Al Quan Cade, Jr.  
151 Diamond Street  
Wilkes-Barre, PA 18704

Changfa Yang et al.  
c/o Chariton, Schwager & Malak  
138 S. Main Street  
P.O. Box 910  
Wilkes-Barre, PA 18703-0910

Coleen Burns  
P O Box 885  
Wilkes Barre, PA 18703-0885

(p)JACK N  ZAHAROPOULOS  
ATTN CHAPTER 13 TRUSTEE  
8125 ADAMS DRIVE SUITE A  
HUMMELSTOWN PA 17036-8625

Kevin M Walsh  
297-299 Pierce Street  
Kingston, PA 18704-5147

Natasha Chapman  
135B Broadway  
Staten Island, NY 10310-1304

Sheree A Pitterson  
753-63 McDonough St.  
Brooklyn, NY 11233-5406

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

Fay Servicing, LLC  
c/o McCalla Raymer Leibert Pierce, LLC  
Bankruptcy Department  
1544 Old Alabama Road  
Roswell, GA 30076

(d)Fay Servicing, LLC  
c/o McCalla Raymer Leibert Pierce, LLC  
Bankruptcy Department  
1544 Old Alabama Road  
Roswell, GA 30076

(d)Fay Servicing, LLC  
c/o McCalla Raymer Leibert Pierce, LLC  
Bankruptcy Department  
1544 Old Alabama Road  
Roswell, GA 30076

Wells Fargo Home Mortgage  
4480 Stagecoach Circle  
Frederick, MD 21701

Jack N Zaharopoulos  
Standing Chapter 13  
(Trustee)  
8125 Adams Drive, Suite A  
Hummelstown, PA 17036

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)DM Management, LLC

(u)Specialized Loan Servicing LLC

(d)Specialized Loan Servicing LLC  
6200 S. Quebec Street  
Greenwood Village, CO 80111-4720

| (u)US Bank Trust National Association, Not In | (u)Michael Vokhgelt<br>73 Ardmore Road<br>OH 43200-9000 | (d)SMS Financial Strategic Investments, LLC<br>SMS FINANCIAL, LLC<br>3707 EAST SHEA BOULEVARD<br>SUITE 100<br>PHOENIX, AZ 85028-3453 |
|---|---|---|
| (d)Specialized Loan Servicing LLC<br>8200 S. Quebec Street<br>Greenwood Village, CO 80111-4720 | (d)US Bank Trust National Association<br>c/o Fay Servicing, LLC<br>PO Box 814609<br>Dallas, TX 75381-4609 | End of Label Matrix<br>Mailable recipients 44<br>Bypassed recipients 8<br>Total 52 |