**DAVID J. HARRIS, ESQUIRE**
PA S. Ct. No.: 48558
FL Bar No.: 0451207
ATTORNEY FOR THE LUZERNE COUNTY TAX CLAIM BUREAU
67-69 Public Square, Suite 700
Wilkes-Barre, PA 18701
Telephone: (570) 823-9400
Facsimile: (570) 208-1400
E-Mail: dh@lawofficeofdavidharris.com

___

**UNITED STATES BANKRUPTCY COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

___

| | | |
|---|---|---|
| IN RE | : | |
| COLEEN BURNS, | : | Case No.: 5:19-bk-04098-MJC |
| | : | Chapter 13 |
| Debtor | : | |

___

| | |
|---|---|
| LUZERNE COUNTY TAX CLAIM BUREAU, | : |
| Objector | : |
| vs. | : |
| COLEEN BURNS, | : |
| Respondent | : |

___

**CERTIFICATE OF SERVICE**
___

I, David J. Harris, Esquire, do hereby certify that on the 12th day of July, 2023, I served a true and correct copy of the of Objections of The Luzerne County Tax Claim Bureau to the Debtor's Motion To Sell Real Estate And Alternatively To Allow It To Make A Credit Bid Under 11 U.S.C. §363 (K) at docket no's 220 and 221 upon the following person by ECF:

Kevin Walsh, Esquire
KMWesq@aol.com
Law297@aol.com

I certify under penalty of perjury that the foregoing is true and correct.

RESPECTFULLY SUBMITTED:

Dated: July 13, 2023            BY:     /s/ David J. Harris_____
Wilkes-Barre, Pennsylvania              DAVID J. HARRIS, ESQUIRE