IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: Coleen Burns | : | CHAPTER 13 |
| | : | CASE NO. 5:19-bk-04098 |
| Debtor | : | |

# CERTIFICATE OF SERVICE
## MOTION TO APPROVE STIPULATION

I, Kevin M. Walsh, Esquire, certify that a true and correct copy of the attached Motion to Approve Stipulation and Notice and have been served on the 31st day of July, 2023 upon the following:

Jack Zaharopoulos, Esquire
Standing Chapter 13 Trustee     -     By Clerk's Notice of Electronic Filing
8125 Adams Drive, Suite A
Hummelstown, PA 17036

David J. Harris, Esquire
67-69 Public Square, Ste 700    -     By Clerk's Notice of Electronic Filing
Wilkes-Barre, PA 18701                & email

All creditors listed on the
attached mailing matrix          -     By U.S. First Class Mail


/s/Kevin M. Walsh, Esquire
Attorney for Debtor
297-299 Pierce Street
Kingston, PA 18704
(570) 283-3041

Label Matrix for local noticing
0314-5
Case 5:19-bk-04098-HWV
Middle District of Pennsylvania
Wilkes-Barre
Thu Jan 26 17:39:44 EST 2023

(p)MCCALLA RAYMER LEIBERT PIERCE LLC
ATTN ATTN WENDY REISS
1544 OLD ALABAMA ROAD
ROSWELL GA 30076-2102

Landmark Community Bank
c/o Cipriani & Werner PC
Attn: John Murphy
415 Wyoming Avenue
Scranton, PA 18503-1227

SMS Financial Strategic Investments, LLC
3829 North 12th Street
Phoenix, AZ 85014-1109

Specialized Loan Servicing LLC
6200 S. Quebec St.
Greenwood Village, CO 80111-4720

US Bank Trust National Association
c/o Fay Servicing, LLC
PO Box 814609
Dallas, TX 75381-4609

U.S. Bankruptcy Court
Max Rosenn U.S. Courthouse
197 South Main Street
Wilkes-Barre, PA 18701-1500

Auto Estate Partners, Inc
17 Northgate Drive
Englishtown, NJ 07726-4271

Cottman Transmission
118 Stevens Road
Wilkes Barre, PA 18702-6726

DM Management LLC
276 Kutztown Road
Myerstown, PA 17067-2134

Donald H. Hess
2933 Lititz Pike
P.O. Box 5349
Lancaster, PA 17606-5349

Erick & Kathleen Knapman
194 Mill Street
Wilkes-Barre, PA 18705-2622

Harveys Lake Sewer Authority
RR 415
Harveys Lake, PA 18618

Landmark Bank
2 S Main Street
Pittston, PA 18640-1712

Luzerne County Tax Claim
Luzerne County Courthouse
200 N River Street
Wilkes Barre, PA 18711-1001

Luzerne County Tax Claim Bureau
170 Highway 315
Suite 5
Plains, PA 18702-6906

Metropolitan Foods, Inc. d/b/a Driscoll Food
c/o Amato and Keating, P.C.
107 North Commerce Way
Bethlehem PA 18017-8913

Metropolitian Foods, Inc dba Drisco
c/o Amato and keating PC
107 North Commerce Way
Bethlehem, PA 18017-8913

Michael Vokhgelt
3 Ardmore Road
Columbus, OH 43209

Omar Tejeda
125 East 23rd Street
Hazleton, PA 18202-1419

PA Dept of Revenue
Department 280946
Attn: Bankruptcy Division
Harrisburg, PA 17128-0946

Patrick Pawliczek
501 Popular Street
Philadelphia, PA 19123-1342

Pennsylvania American Water
P O Box 578
Alton, IL 62002-0578

Pennsylvania Department of Revenue
Bankruptcy Division PO Box 280946
Harrisburg, Pa. 17128-0946

Quantum3 Group LLC as agent for
Sadino Funding LLC
PO Box 788
Kirkland, WA 98083-0788

Rosemary King
142 E Saylor Street
Wilkes Barre, PA 18702-2757

SMS FINANCIAL STRATEGIC INVESTMENTS LLC
SMS FINANCIAL, LLC
3707 EAST SHEA BOULEVARD
SUITE 100
PHOENIX, AZ 85028-3453

SMS FINANCIAL, LLC
3707 EAST SHEA BOULEVARD
SUITE 100
PHOENIX, AZ 85028-3453

SMS Financial Strategic Invt., LLC
SMS FINANCIAL, LLC
3707 EAST SHEA BOULEVARD
SUITE 100
PHOENIX, AZ 85028-3453

Specialized Loan Servicing
Specialized Loan Servicing LLC
6200 S. Quebec Street
Greenwood Village, CO 80111-4720

Specialized Loan Servicing LLC
6200 S. Quebec St.
Greenwood Village, Colorado 80111-4720

Specialized Loan Servicing LLC
6200 S. Quebec St.
Greenwood Village, Colorado 80111
Specialized Loan Servicing LLC
6200 S. Quebec St.
Greenwood Village, Colorado 80111-4720

US Bank Trust National Association
c/o Fay Servicing, LLC
PO Box 814609
Dallas, TX 75381-4609
US Bank Trust National Association
c/o Fay Servicing, LLC   75381-4609

United States Trustee
228 Walnut Street, Suite 1190
Harrisburg, PA 17101-1722

Vipal Shah
6650 Overlook Drive
Orefield, PA 18069-8930

(p)WELLS FARGO BANK NA
WELLS FARGO HOME MORTGAGE AMERICAS SERVICING
ATTN BANKRUPTCY DEPT MAC X7801-014
3476 STATEVIEW BLVD
FORT MILL SC 29715-7203

Wyoming Valley Sanitary Authority
1000 Wilkes Barre Blvd
PO Box 33A
Wilkes Barre, PA 18711-1002

Wyoming Valley Sanitary Authority
1000 Wilkes-Barre Street
PO Box 33A
Wilkes-Barre, PA 18711-1002

Al Quan Cade, Jr.
151 Diamond Street
Wilkes-Barre, PA 18704

Changfa Yang et al.
c/o Chariton, Schwager & Malak
138 S. Main Street
P.O. Box 910
Wilkes-Barre, PA 18703-0910

Coleen Burns
P O Box 885
Wilkes Barre, PA 18703-0885

(p)JACK N  ZAHAROPOULOS
ATTN CHAPTER 13 TRUSTEE
8125 ADAMS DRIVE SUITE A
HUMMELSTOWN PA 17036-8625

Kevin M Walsh
297-299 Pierce Street
Kingston, PA 18704-5147

Natasha Chapman
135B Broadway
Staten Island, NY 10310-1304

Sheree A Pitterson
753-63 McDonough St.
Brooklyn, NY 11233-5406

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

Fay Servicing, LLC
c/o McCalla Raymer Leibert Pierce, LLC
Bankruptcy Department
1544 Old Alabama Road
Roswell, GA 30076

(d)Fay Servicing, LLC
c/o McCalla Raymer Leibert Pierce, LLC
Bankruptcy Department
1544 Old Alabama Road
Roswell, GA 30076

(d)Fay Servicing, LLC
c/o McCalla Raymer Leibert Pierce, LLC
Bankruptcy Department
1544 Old Alabama Road
Roswell, GA 30076

Wells Fargo Home Mortgage
2480 Stagecoach Circle
Frederick, MD 21701

Jack N Zaharopoulos
Standing Chapter 13
(Trustee)
8125 Adams Drive, Suite A
Hummelstown, PA 17036

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)DM Management, LLC

(u)Specialized Loan Servicing LLC

(d)Specialized Loan Servicing LLC
6200 S. Quebec Street
Greenwood Village, CO 80111-4720

(u) US Bank Trust National Association, Not In

(u) Michael Vokhgelt
73 Ardmore Road
OH 43200-9000

(d) SMS Financial Strategic Investments, LLC
SMS FINANCIAL, LLC
3707 EAST SHEA BOULEVARD
SUITE 100
PHOENIX, AZ 85028-3453

(d) Specialized Loan Servicing LLC
200 S. Quebec Street
Greenwood Village, CO 80111-4720

(d) US Bank Trust National Association
c/o Fay Servicing, LLC
PO Box 814609
Dallas, TX 75381-4609

End of Label Matrix
Mailable recipients    44
Bypassed recipients     8
Total                  52