LOCAL BANKRUPTCY FORM 9013-4

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:
Coleen Burns

    Debtor(s)

| | |
|---|---|
| CHAPTER | 13 |
| CASE NO. | 5:19-BK-04098 |
| ADV. NO. | - -ap- |
| NATURE OF PROCEEDING: | Motion To Approve Sale -16 22 E Union Street, WB |

JACK N ZAHAROPOULOS CHAPTER13 TRUSTEE
Coleen Burns

    Chapter 13 Trustee Plaintiff(s)/ Movants

DOCUMENT Nos. 216, 228

vs.

Luzerne County Tax Claim

    Defendant(s)/ Respondent(s)

## REQUEST TO CONTINUE HEARING/TRIAL WITH CONCURRENCE[1]

This request must be filed at least twenty-four (24) hours prior to the hearing. All requests must be approved by the Court. Submitting a request is not an automatic continuance.

The undersigned hereby requests a continuance with the concurrence of the opposing party (parties). This is a first request for a continuance.[2]

Reason for the continuance.
Debtor's counsel has a scheduling conflict. Also a Stipulation to resolve the Tax Claim objections was filed and is pending Doc No. 229

Contemporaneous with the filing of this request, the undersigned has served a copy of this request upon all counsel participating in this proceeding.

Dated: August 11, 2023

                                     Kevin M Walsh, Esquire
                                     Applicant's Signature

---

[1] No alterations or interlineations of this document are permitted.

[2] If this is not a first request for a continuance, then a Motion to Continue must be filed.

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: Coleen Burns : CHAPTER 13
: CASE NO. 5:19-bk-04098
Debtor :

## CERTIFICATE OF SERVICE
### REQUEST TO CONTINUE HEARING
(363(b) – 16-22 E. Union Street, Wilkes-Barre)

I, Kevin M. Walsh, Esquire, certify that a true and correct copy of the Request To Continue Hearing on 8-15-2023 has been served on the __11th____ day of August, 2023 upon the following:

**Jack Zaharopoulos, Esquire**
**Standing Chapter 13 Trustee**            -            By Clerk's Notice of Electronic Filing
8125 Adams Drive, Suite A
Hummelstown, PA  17036                                 By email –droeder@pamd13trustee.com

**David Harris, Esquire**
**Counsel for Objector:**                                 By Clerk's Notice of Electronic Filing
**Luzerne County Tax Claim Bureau**                    By email  dh@lawofficeofdavidharris.com

**Coleen Burns**                           -            By e-mail

/s/Kevin M. Walsh, Esquire
Attorney for Debtor/Movant
297-299 Pierce Street
Kingston, PA  18704
(570) 283-3041