LOCAL BANKRUPTCY FORM 9013-4

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:<br>Coleen Burns<br><br>Debtor(s) | CHAPTER 13<br>CASE NO. 5:19-BK-04098<br>ADV. NO. - -ap-<br>NATURE OF PROCEEDING: Motion To Approve Sale -125 Grove Street, WB |
| JACK N ZAHAROPOULOS CHAPTER13 TRUSTEE<br>Coleen Burns<br>vs.<br>Luzerne County Tax Claim | Chapter 13 Trustee Plaintiff(s)/Movants<br><br>DOCUMENT Nos. 215, 227<br><br>Defendant(s)/Respondent(s) |

### REQUEST TO CONTINUE HEARING/TRIAL WITH CONCURRENCE[1]

This request must be filed at least twenty-four (24) hours prior to the hearing. All requests must be approved by the Court. Submitting a request is not an automatic continuance.

The undersigned hereby requests a continuance with the concurrence of the opposing party (parties). This is a first request for a continuance.[2]

Reason for the continuance.
Debtor's counsel has a scheduling conflict and exploring possibility of a resolution.

Contemporaneous with the filing of this request, the undersigned has served a copy of this request upon all counsel participating in this proceeding.

Dated: August 11, 2023

                                           Kevin M Walsh, Esquire
                                           Applicant's Signature

---

[1] No alterations or interlineations of this document are permitted.

[2] If this is not a first request for a continuance, then a Motion to Continue must be filed.

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: Coleen Burns : CHAPTER 13
: CASE NO. 5:19-bk-04098
Debtor :

## CERTIFICATE OF SERVICE
### REQUEST TO CONTINUE HEARING
(363(b) – 125 Grove Street, Wilkes-Barre)

I, Kevin M. Walsh, Esquire, certify that a true and correct copy of the Request To Continue Hearing on 8-15-2023 has been served on the __11th____ day of August, 2023 upon the following:

**Jack Zaharopoulos, Esquire**
Standing Chapter 13 Trustee     -     By Clerk's Notice of Electronic Filing
8125 Adams Drive, Suite A
Hummelstown, PA  17036                 By email –droeder@pamd13trustee.com

**David Harris, Esquire**
Counsel for Objector:                  By Clerk's Notice of Electronic Filing
Luzerne County Tax Claim Bureau        By email  dh@lawofficeofdavidharris.com

**Coleen Burns**                     -     By e-mail

/s/Kevin M. Walsh, Esquire
Attorney for Debtor/Movant
297-299 Pierce Street
Kingston, PA  18704
(570) 283-3041