United States Bankruptcy Court
Middle District of Pennsylvania

In re:             Case No. 19-04098-HWV
Coleen Burns             Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0314-5        User: AutoDocke        Page 1 of 3
Date Rcvd: Sep 11, 2023        Form ID: pdf010        Total Noticed: 39

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |
| # | Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately. |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 13, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | #+ | Coleen Burns, P O Box 885, Wilkes Barre, PA 18703-0885 |
| cr | + | Al Quan Cade, Jr., 151 Diamond Street, Wilkes-Barre, PA 18704 |
| cr | + | Changfa Yang et al., c/o Chariton, Schwager & Malak, 138 S. Main Street, P.O. Box 910, Wilkes-Barre, PA 18703-0910 |
| cr | + | Landmark Community Bank, c/o Cipriani & Werner PC, Attn: John Murphy, 415 Wyoming Avenue, Scranton, PA 18503-1227 |
| cr | + | Luzerne County Tax Claim Bureau, 200 North River Street, Wilkes-Barre, PA 18711-1004 |
| cr | + | Natasha Chapman, 135B Broadway, Staten Island, NY 10310-1304 |
| cr | + | Sheree A Pitterson, 753-63 McDonough St., Brooklyn, NY 11233-5406 |
| 5266342 | #+ | Auto Estate Partners,Inc, 17 Northgate Drive, Englishtown, NJ 07726-4271 |
| 5266343 | + | Cottman Transmission, 118 Stevens Road, Wilkes Barre, PA 18702-6726 |
| 5266344 | + | DM Management LLC, 476 Kutztown Road, Myerstown, PA 17067-2134 |
| 5358076 | | Donald H. Hess, 2933 Lititz Pike, P.O. Box 5349, Lancaster, PA 17606-5349 |
| 5458535 | + | Erick & Kathleen Knapman, 194 Mill Street, Wilkes-Barre, PA 18705-2622 |
| 5314189 | | Harveys Lake Sewer Authority, RR 415, Harveys Lake, PA 18618 |
| 5250708 | + | Luzerne County Tax Claim, Luzerne County Courthouse, 200 N River Street, Wilkes Barre, PA 18711-1001 |
| 5294590 | + | Luzerne County Tax Claim Bureau, 1170 Highway 315, Suite 5, Plains, PA 18702-6906 |
| 5257507 | + | Metropolitan Foods, Inc. d/b/a Driscoll Foods, c/o Amato and Keating, P.C., 107 North Commerce Way, Bethlehem PA 18017-8913 |
| 5266346 | + | Metropolitian Foods, Inc dba Drisco, c/o Amato and keating PC, 107 North Commerce Way, Bethlehem, PA 18017-8913 |
| 5439740 | | Michael Vokhgelt, 73 Ardmore Road, Columbus, OH 43209 |
| 5314190 | + | Omar Tejeda, 125 East 23rd Street, Hazleton, PA 18202-1419 |
| 5266349 | + | Patrick Pawliczek, 601 Popular Street, Philadelphia, PA 19123-1342 |
| 5266351 | + | Rosemary King, 142 E Saylor Street, Wilkes Barre, PA 18702-2757 |
| 5266353 | + | SMS FINANCIAL, LLC, 3707 EAST SHEA BOULEVARD, SUITE 100, PHOENIX, AZ 85028-3453 |
| 5261682 | + | SMS Financial Strategic Investments, LLC, SMS FINANCIAL, LLC, 3707 EAST SHEA BOULEVARD, SUITE 100, PHOENIX, AZ 85028-3453 |
| 5266352 | + | SMS Financial Strategic Invt., LLC, SMS FINANCIAL, LLC, 3707 EAST SHEA BOULEVARD, SUITE 100, PHOENIX, AZ 85028-3453 |
| 5266354 | + | Vipal Shah, 6650 Overlook Drive, Orefield, PA 18069-8930 |
| 5314192 | ++ | WELLS FARGO BANK NA, WELLS FARGO HOME MORTGAGE AMERICAS SERVICING, ATTN BANKRUPTCY DEPT MAC X7801-014, 3476 STATEVIEW BLVD, FORT MILL SC 29715-7203 address filed with court:, Wells Fargo Home Mortgage, 8480 Stagecoach Circle, Frederick, MD 21701 |
| 5266355 | + | Wyoming Valley Sanitary Authority, 1000 Wilkes Barre Blvd, P O Box 33A, Wilkes Barre, PA 18711-1002 |
| 5262298 | + | Wyoming Valley Sanitary Authority, 1000 Wilkes-Barre Street, PO Box 33A, Wilkes-Barre, PA 18711-1002 |

TOTAL: 28

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| 5387688 | Email/Text: BankruptcyECFMail@mccalla.com | Sep 11 2023 18:36:00 | Fay Servicing, LLC, c/o McCalla Raymer Leibert Pierce, LLC, Bankruptcy Department, 1544 Old |

| Recip ID | | Notice Method | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | | Alabama Road, Roswell, GA 30076 |
| 5266348 | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Sep 11 2023 18:36:00 | PA Dept of Revenue, Department 280946, Attn: Bankruptcy Division, Harrisburg, PA 17128-0946 |
| 5266350 | + | Email/Text: csc.bankruptcy@amwater.com | Sep 11 2023 18:37:00 | Pennsylvania American Water, P O Box 578, Alton, IL 62002-0578 |
| 5263022 | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Sep 11 2023 18:36:00 | Pennsylvania Department of Revenue, Bankruptcy Division PO Box 280946, Harrisburg, Pa. 17128-0946 |
| 5253241 | | Email/Text: bnc-quantum@quantum3group.com | Sep 11 2023 18:36:00 | Quantum3 Group LLC as agent for, Sadino Funding LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 5314191 | + | Email/Text: bkelectronicnoticecourtmail@computershare.com | Sep 11 2023 18:36:00 | Specialized Loan Servicing, Specialized Loan Servicing LLC, 6200 S. Quebec Street, Greenwood Village, CO 80111-4720 |
| 5339003 | + | Email/Text: bkelectronicnoticecourtmail@computershare.com | Sep 11 2023 18:36:00 | Specialized Loan Servicing LLC, 6200 S. Quebec Street, Greenwood Village, CO 80111-4720 |
| 5381825 | + | Email/Text: bkelectronicnoticecourtmail@computershare.com | Sep 11 2023 18:36:00 | Specialized Loan Servicing LLC, 6200 S. Quebec St., Greenwood Village, Colorado 80111-4720 |
| 5381826 | + | Email/Text: bkelectronicnoticecourtmail@computershare.com | Sep 11 2023 18:36:00 | Specialized Loan Servicing LLC, 6200 S. Quebec St., Greenwood Village, Colorado 80111, Specialized Loan Servicing LLC, 6200 S. Quebec St., Greenwood Village, Colorado 80111-4720 |
| 5389079 | ^ | MEBN | Sep 11 2023 18:32:57 | US Bank Trust National Association, c/o Fay Servicing, LLC, PO Box 814609, Dallas, TX 75381-4609, US Bank Trust National Association, c/o Fay Servicing, LLC 75381-4609 |
| 5389078 | ^ | MEBN | Sep 11 2023 18:32:55 | US Bank Trust National Association, c/o Fay Servicing, LLC, PO Box 814609, Dallas, TX 75381-4609 |

TOTAL: 11

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 5266347 | | Michael Vokhgelt, 73 Ardmore Road, OH 43200-9000 |
| cr | *P++ | MCCALLA RAYMER LEIBERT PIERCE LLC, ATTN ATTN WENDY REISS, 1544 OLD ALABAMA ROAD, ROSWELL GA 30076-2102, address filed with court:, Fay Servicing, LLC, c/o McCalla Raymer Leibert Pierce, LLC, Bankruptcy Department, 1544 Old Alabama Road, Roswell, GA 30076 |
| cr | *+ | Specialized Loan Servicing LLC, 6200 S. Quebec Street, Greenwood Village, CO 80111-4720 |
| cr | *+ | Specialized Loan Servicing LLC, 6200 S. Quebec St., Greenwood Village, CO 80111-4720 |
| cr | * | US Bank Trust National Association, c/o Fay Servicing, LLC, PO Box 814609, Dallas, TX 75381-4609 |
| 5387689 | *P++ | MCCALLA RAYMER LEIBERT PIERCE LLC, ATTN ATTN WENDY REISS, 1544 OLD ALABAMA ROAD, ROSWELL GA 30076-2102, address filed with court:, Fay Servicing, LLC, c/o McCalla Raymer Leibert Pierce, LLC, Bankruptcy Department, 1544 Old Alabama Road, Roswell, GA 30076 |
| 5273449 | *+ | SMS FINANCIAL STRATEGIC INVESTMENTS LLC, SMS FINANCIAL, LLC, 3707 EAST SHEA BOULEVARD, SUITE 100, PHOENIX, AZ 85028-3453 |
| cr | ##+ | SMS Financial Strategic Investments, LLC, 6829 North 12th Street, Phoenix, AZ 85014-1109 |
| 5266345 | ##+ | Landmark Bank, 2 S Main Street, Pittston, PA 18640-1712 |

TOTAL: 1 Undeliverable, 6 Duplicate, 2 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 13, 2023    Signature:    /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 11, 2023 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Adam Bradley Hall | on behalf of Creditor Specialized Loan Servicing LLC amps@manleydeas.com |
| Brian C Nicholas | on behalf of Creditor US Bank Trust National Association Not In Its Individual Capacity But Solely As Owner Trustee For VRMTG Asset Trust bnicholas@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Brian E Manning | on behalf of Creditor Natasha Chapman BrianEManning@comcast.net g17590@notify.cincompass.com;manning.brianb123963@notify.bestcase.com |
| Brian E Manning | on behalf of Creditor Sheree A Pitterson BrianEManning@comcast.net g17590@notify.cincompass.com;manning.brianb123963@notify.bestcase.com |
| David Schwager | on behalf of Creditor Changfa Yang et al. david@despalaw.com dschwagr@epix.net |
| David J. Harris | on behalf of Creditor Luzerne County Tax Claim Bureau dh@lawofficeofdavidharris.com davidharrisesqign@gmail.com;dhesq@outlook.com;LawOfficeofDavidJHarris@jubileebk.net |
| Donald H Hess | on behalf of Creditor DM Management LLC dhess@gkh.com |
| Donald Huber Hess | on behalf of Creditor DM Management LLC dhess@gkh.com, smiller@gkh.com |
| Gregory J Pascale | on behalf of Creditor Vipul Shah greg@needlelawfirm.com |
| Jack N Zaharopoulos | TWecf@pamd13trustee.com |
| Janet L Gold | on behalf of Creditor SMS Financial Strategic Investments LLC jgold@egclawfirm.com, alapinski@egalawfirm.com |
| Jessica M Gulash | on behalf of Creditor PATRICK PAWLICZEK jgulash@lbmlaw.com |
| John M. Murphy | on behalf of Creditor Landmark Community Bank jmurphy@c-wlaw.com |
| Kevin M Walsh | on behalf of Debtor 1 Coleen Burns KMWesq@aol.com law297@aol.com |
| Mark J. Conway | on behalf of Creditor Al Quan Cade Jr. info@mjconwaylaw.com, connie@mjconwaylaw.com;mjc@mjconwaylaw.com |
| Robert J Kidwell, III | on behalf of Creditor ESSA Bank & Trust rjkidwell3rd@gmail.com;mdaniels@newmanwilliams.com |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |

TOTAL: 17

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: | : |
| | : CHAPTER 13 |
| COLEEN BURNS, | : |
| | : CASE NO. 5:19-bk-04098-HWV |
| Debtor. | : |

### ORDER

Upon consideration of the Motion to Dismiss Case filed by the Debtor, Doc. 237, it is

**ORDERED** that the Motion is **GRANTED** and the above-captioned case is **DISMISSED**.

By the Court,

*Henry W. Van Eck*
Henry W. Van Eck, Chief Bankruptcy Judge
Dated: September 11, 2023